En el Tribunal Supremo de Puerto Rico

| In re: | Querella |
|---|---|
| Héctor González López | 99 TSPR 101 |

Número del Caso: TS-4111

Colegio de Abogados:      Lcda. Mady Pacheco García de la Noceda

Abogado del Querellado:  Por Derecho Propio

Fecha: 6/25/1999

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor González López                    TS-4111

RESOLUCION

San Juan, Puerto Rico, a 25 de junio de 1999

Vista la solicitud de reinstalación del abogado Héctor González López y la comparecencia del Colegio de Abogados expositiva de que satisfizo la cuota anual –razón para su suspensión el pasado 12 de marzo–, se le reinstala al ejercicio de la abogacía efectivo hoy.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo